

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-20-2007

# Johnson v. Knorr

Precedential or Non-Precedential: Precedential

Docket No. 05-5029

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Johnson v. Knorr" (2007). *2007 Decisions.* Paper 1538.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1538

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 05-5029 and 05-5139

_____

GAMAL JOHNSON,

Appellant in No. 05-5029

v.

PAROLE AGENT DAVID KNORR, INDIVIDUALLY & AS A PAROLE
OFFICER FOR THE COMMONWEALTH OF PENNA.;
PAROLE AGENT WILLIAM JONES INDIVIDUALLY & AS A
PAROLE OFFICER FOR THE COMMONWEALTH OF PENNA.;
COMMONWEALTH OF PENNA. DEPT. OF PROBATION
& PAROLE; POLICE OFFICER JOHN DOE
INDIVIDUALLY & AS A POLICE OFFICER FOR THE CITY
OF PHILADELPHIA; POLICE OFFICER RICHARD ROE
INDIVIDUALLY & AS A POLICE OFFICER FOR THE CITY
OF PHILADELPHIA; CITY OF PHILADELPHIA

_____

GAMAL JOHNSON

v.

PAROLE AGENT DAVID M. KNORR, INDIVIDUALLY & AS A PAROLE
OFFICER FOR THE COMMONWEALTH OF PENNA.;
PAROLE AGENT WILLIAM JONES, INDIVIDUALLY & AS A
PAROLE OFFICER FOR THE COMMONWEALTH OF PENNA.;
COMMONWEALTH OF PENNSYLVANIA DEPT. OF PROBATION
AND PAROLE; POLICE OFFICER JOHN DOE,
INDIVIDUALLY & AS A POLICE OFFICER FOR THE CITY
OF PHILADELPHIA; POLICE OFFICER RICHARD ROE,
INDIVIDUALLY & AS A POLICE OFFICER FOR THE CITY

OF PHILADELPHIA; CITY OF PHILADELPHIA

David Knorr,

Appellant in No. 05-5139

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civ. No. 01-03418)
Honorable Legrome D. Davis, District Judge

Argued November 9, 2006

BEFORE: SLOVITER, CHAGARES, and GREENBERG, Circuit Judges

(Filed:  February 14, 2007)

ORDER AMENDING OPINION

It is hereby ordered that the citation to "n.15" is changed to "n.14" in the third line in footnote 8 on page 10 in the slip opinion in this case.

By the court,

/s/ Morton I. Greenberg
Circuit Judge

DATED: February 20, 2007
par/cc: Martin Stanshine, Esq.
    Mia Carpiniello, Esq.
    John G. Knorr, III, Esq.